AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| Little M. JOHNSON | ) | Case No.   1:25-MJ-328 (PJE) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s)** | ) | |

**U.S. DISTRICT COURT – N.D. OF N.Y.**

**FILED**

**Oct 09 - 2025**

John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of October 9, 2025 in the county of Albany in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C. Section 2252A(a)(5)(B). | Possession of Child Pornography. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒    Continued on the attached sheet.

JORDAN M SHANNON
Digitally signed by JORDAN M SHANNON
Date: 2025.10.09 15:58:08 -04'00'

*Complainant's signature*

Jordan Shannon, HSI Task Force Officer

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    10/9/2025

*Judge's signature*

City and State:    Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jordan Shannon being duly sworn, depose and state:

1.     I am a police officer as certified by the New York State Division of Criminal Justice Services. I have been a police officer for 5 years. I began my law enforcement career with the Fulton County Sheriff's Office in 2020, and in 2023, I transferred to the City of Amsterdam Police Department. I am currently employed as a patrolman with the City of Amsterdam Police Department. I have held the title of patrolman with the City of Amsterdam Police Department since 2023 and previously held the title of Corporal with the Fulton County Sheriff's Office. In November 2024, I was assigned to Homeland Security Investigations and designated as a federal Task Force Officer (TFO). During my time as a Police Officer and TFO, I have completed multiple trainings involving human trafficking, child exploitations, and computer crime investigations. As a HSI TFO, under Title 19 United States Code Section 1401(i), I am authorized to enforce all Customs and related laws, conduct searches, make seizures, and arrests, and perform other law enforcement duties as authorized by law. I am also able to conduct investigations solely, or with investigative or law enforcement officers of the United States within the meaning of Title 18 United States Code, Section 2510(7), who are an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). Since becoming a TFO, with Homeland Security Investigations (HSI) I have assisted several agents with several child exploitation investigations to include the possession, distribution, receipt, and transportation of child pornography as defined under Title 18 United States Code, 2252A. I am a 2020 graduate of the Zone 5 Regional Law Enforcement Training Academy, and a 2025 graduate of the HSI Task Force Officer training program. As an HSI Task Force Officer, I am

1

authorized to seek and execute federal arrest and search warrant for Title 18 criminal offenses, including offenses related to the sexual exploitation of minors, specifically those involving the possession, distribution, transportation, and receipt of child pornography, in violation of Title 18, United States Code, Section 2252A.

2.      This affidavit is made in support of an application for a criminal complaint charging Little M. JOHNSON ("JOHNSON") with violations of Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography).

## BASIS OF INFORMATION

3.      The information contained in this affidavit is based upon my investigation of this matter and on information provided by other law enforcement agents. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that JOHNSON has engaged in the possession of child pornography, in violation of the 18 U.S.C. § 2252A(a)(5)(B).

## INVESTIGATION AND FACTUAL BASIS FOR THE COMPLAINT

4.      On November 18, 2024, Google submitted to NCMEC, two CyberTipline Reports, numbers 202480128 and 202480467. Google submitted two additional CyberTipline Reports 202519350 and 202562221, received by NCMEC on November 19, 2024, and November 20, 2024, respectively. These reports (collectively "the CyberTips") are available for the Court's review upon request. In the CyberTips, Google reported the upload of 96 files in CyberTip 202480128, 77 files in CyberTip 202480467, 325 files in CyberTip 202519350, and 2 files in CyberTip 202562221.

5. The CyberTips were ultimately referred to HSI in December of 2024, at which time, HSI initiated an investigation.

6. Additional investigation by HSI revealed that the IP addresses associated with the upload of the child pornography referenced in the CyberTips mentioned above were associated with a residential address within the Northern District of New York associated with JOHNSON.

7. Based on the information above and after additional investigation, on May 16, 2025, your affiant applied for a warrant to search the Google accounts referenced in the CyberTips which was signed the same day by United States Magistrate Judge for the Northern District of New York, Therese Wiley Dancks. Your affiant served the warrant on Google shortly thereafter.

8. Google subsequently provided information in response to the warrant, which was reviewed by your affiant. As discussed further below, that information included fictitious names for the subscriber associated with the Google accounts, but several of the alleged child pornography files referenced in the CyberTips were recovered from the Google accounts and were subsequently reviewed by your affiant who has confirmed the files depict minors engaged in sexually explicit conduct.

9. In addition to the video files recovered from the Google accounts, within the records provided by Google in response to the search warrant, Google provided an image with an MD5 hash value ending in cfa654e2 with a capture date and time of 5/13/2024 at 1:29:27PM. According to metadata associated with the image, the image was captured utilizing a Samsung, camera Model SM-135DL, and depicts an adult male, who your affiant has confirmed to be JOHNSON, taking a picture of himself in front a distinct monument referred to as "The Egg"

3

which is located at 1 State Street in Albany, New York. The monument is approximately one mile from JOHNSON's residence in Albany. This photo of JOHNSON was located within one of the Google accounts amongst various photos and videos depicting child exploitation material.

10.    According to law enforcement databases, JOHNSON was previously convicted on or about December 14, 2023, in Albany County Court, in Albany County, New York, for possessing a sexual performance by a child, in violation of New York Penal Law Sections 263.16.   On March 8, 2024, JOHNSON was sentenced to ten years' probation for that conviction. As a result of this offense, JOHNSON is currently on probation and is a Level 2 registered sex offender within the State of New York at the address linked to the CyberTips.

11.    On the sex offender registry, JOHNSON has reported that one his e-mail addresses is matthiasjohnson023@gmail.com. As part of the Google search warrant response, Google included e-mail communications located in the Google accounts associated with the CyberTips. Located in the one of the accounts, were approximately 29 e-mails indicating multiple subject lines that read "Your Google Account was recovered successfully," "Google verification code," or "Security Alert for matthiasjohnson023@gmail.com." Through my training and experience, this indicates that the joanryder9095@gmail.com e-mail account is a back-up e-mail account for e-mail address matthiasjohnson023@gmail.com.

12.     On August 7, 2025, I accompanied Albany County Probation and the Albany Police Department on a routine residential check for JOHNSON at his residence in Albany, New York. Upon arrival at the residence, contact was made with JOHNSON who confirmed this was indeed his residence. While inside the residence I was able to confirm all surrounding WiFi signals to be secure connections, with no open WiFi connections accessible to the public in the area.

13.    On October 8, 2025, your affiant obtained two federal search warrants, signed by United States Magistrate Judge Thérèse Wiley Dancks, authorizing the search of JOHNSON's residence, his person, and any electronic devices found during those searches. On October 9, 2025, Homeland Security Investigations (HSI), Albany Police Department, and New York State Police executed the warrants. At the time the search of JOHNSON's residence was being executed, JOHNSON was approached at Albany County Probation, where he had an appointment to meet with his probation officer. Upon approaching JOHNSON, law enforcement identified themselves, explained to JOHNSON he was not under arrest, and asked JOHNSON if he would voluntarily be transported by law enforcement to the Albany Police Station for questioning. JOHNSON agreed and was transported to the station by Albany Police Department. Upon arrival at the police station, JOHNSON was placed into an interview room and was read his *Miranda* rights and invoked his right to counsel. Shortly thereafter, without any additional substantive questioning by law enforcement, JOHNSON spontaneously informed Albany Police Detective Conlin, who had stepped into the room to check on JOHNSON, that law enforcement should search behind JOHNSON's bed in his room at his residence. Upon searching behind the bed, law enforcement located a LG L722DL, bearing serial number 101VTXF0739754.

14.    During an initial review of the contents of the device, a video of child pornography was discovered. That video was titled "Brazilian 11yo livestream 1.mp4" and is approximately 21 minutes 14 seconds in length. The video depicts an prepubescent female child, approximately 10-12 years old, naked from the waist down and exposing her vagina to the camera. At one point during the video, an adult male enters the frame and touches the child's vagina.

5

**CONCLUSION**

15.    Based upon the above information, there is probable cause to believe that JOHNSON has engaged in violations of Title 18, United States Code, Sections 2252A(a)(5)(B) (possession of child pornography).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

JORDAN M SHANNON  Digitally signed by JORDAN M SHANNON
Date: 2025.10.09 15:35:34 -04'00'

Jordan Shannon, Task Force officer
Homeland Security Investigations
U.S. Department of Homeland Security

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on the 9th day of October, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge

6